IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW HENDERSON,

    Plaintiff,

v.  No. 1:20-cv-01139-JHR

MARK ROURKE and
SCHNEIDER NATIONAL TRUCKING INC.,

    Defendants.

## ORDER DENYING SECOND MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on Plaintiff's Second Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 7, filed November 18, 2020.

The Court granted Plaintiff's original motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  *See* Order, Doc. 5, filed November 6, 2020.  Plaintiff filed a second motion to proceed *in forma pauperis*, which is essentially identical to his original motion to proceed *in forma pauperis*.  Because the Court has already granted Plaintiff's original motion to proceed *in forma pauperis*, the Court denies Plaintiff's second motion to proceed *in forma pauperis* as moot.

**IT IS ORDERED** that Plaintiff's Second Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 7, filed November 18, 2020, is **DENIED as moot.**

_____
**UNITED STATES MAGISTRATE JUDGE**